IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:03-CV-642-WKW |
| | ) | [WO] |
| OMAR MARSHALL | ) | |

**O R D E R**

In April 2002, the movant, OMAR MARSHALL ["Marshall"], pleaded guilty to *conspiracy to possess with intent to distribute cocaine base* and *using or carrying a firearm during and in relation to a drug trafficking crime*. On July 2, 2002, he was sentenced to a total of 138 months' imprisonment. In a 28 U.S.C. § 2255 motion filed on June 12, 2003 (Doc. # 1), Marshall claims, *inter alia*, ineffectiveness of his counsel, the Federal Defender, for failing to file an appeal on his behalf. After considering the submissions pertinent to this issue, the Magistrate Judge determines, pursuant to *Rule 8, Rules Governing Section 2255 Proceedings for the United States District Court,* that an evidentiary hearing is required for resolution of this issue. Accordingly, it is

**ORDERED** as follows:

1. Pursuant to Rule 8 ( c ), the court finds Marshall eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A , and accordingly appoints **Donald Jones**, a **CJA panel attorney,** to represent him on the sole claim set for evidentiary hearing.

2. Appointed counsel shall file promptly a notice of appearance pursuant to this limited-

purpose appointment and proceed expeditiously to confer with Marshall, and otherwise undertake an appropriate investigation, concerning this claim.

3. This case is set for a **scheduling conference with counsel at 2:30 pm. on July 13, 2006** in District Courtroom 4-A, the United States Courthouse Annex, One Church Street, Montgomery, Alabama. Marshall's presence at this conference is *not* required. Counsel shall be prepared at the Scheduling Conference to discuss matters pertinent to the setting of this claim for an evidentiary hearing.

4. The Clerk is DIRECTED to serve this Order promptly upon the appointed CJA panel attorney and to make the case file available as reasonably requested.

DONE this 25th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE