IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:03-CV-642-WKW |
| | ) | [WO] |
| OMAR MARSHALL | ) | |

**ORDER ON MOTION**

In consideration of the *Defendant's Motion to Continue* (Doc. 23, filed July 10, 2006),

which is unopposed,  it is

ORDERED that the Motion is GRANTED.  Accordingly, the  scheduling conference

set on July 13, 2006 at 2:30 p.m. is hereby CONTINUED to July 20, 2006 at 3:00 p.m. in

District Courtroom 4A, Frank M. Johnson, Jr., United States Courthouse Complex, 1 Church

Street, Montgomery, Alabama, 36104.  All other provisions of the Order filed May 25, 2006

(Doc. 17), remain in full force and effect.

Done this 12th day of July, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE