IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OMAR MARSHALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 3:03cv642-WKW-DRB |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R ON MOTION**

Upon consideration of appointed counsel's *Notice of Conflict* with the evidentiary hearing scheduled for January 30, 2007 (Doc. No. 30), along with her *Motion to Transfer* Petitioner Omar Marshall from the Federal Correctional Institution in Oakdale, Louisiana, for an in-person consultation in preparation for the hearing (Doc. No. 31), it is

**ORDERED** that the *Motion to Transfer* (Doc. No. 31) is **DENIED without prejudice for reconsideration** pursuant to the following instructions:

Counsel shall ascertain from the United States Marshal and/or the United States Attorney the minimum notice necessary to secure the Petitioner's presence in this District not later than 45 days prior to an evidentiary hearing. If Counsel's reported conflict with the scheduled evidentiary hearing has not resolved by November 15, 2006, Counsel shall file a proper motion to re-set the evidentiary hearing and to transfer the Petitioner to this District not later than 45 days prior to the newly scheduled date. If it appears by November 15, 2006, that Counsel can provide adequate representation for Petitioner on the presently scheduled date, Counsel shall file an appropriate motion to secure the Petitioner's presence here for necessary consultations prior to the hearing.

It is further **ORDERED** that all pleadings by Petitioner and Respondent reflect the

style which appears on this Order.

    Done this 3rd day of October, 2006.

                                **/s/ Delores R. Boyd**
                                DELORES R. BOYD
                                UNITED STATES MAGISTRATE JUDGE