IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| OMAR MARSHALL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:03cv642-WKW |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Pursuant to prior orders of this court appointing Kelly Fitzgerald Pate, an attorney with the law firm of Balch and Bingham, as counsel for the Petitioner, Omar Marshall, on the sole issue specified for an evidentiary hearing in this matter – the alleged ineffective assistance of counsel by Federal Defender Christine Freeman[1] – it is **ORDERED as follows:**

1. Counsel for the Petitioner shall confer expeditiously with Petitioner regarding the issue specified for an evidentiary hearing.

2. An **evidentiary hearing** is hereby scheduled at **9:30 a.m. on May 14, 2007,** in District Courtroom 5A.

3. A **pre-hearing conference with counsel** is scheduled in District Courtroom 5A

---

[1] In April 2002, the Petitioner pleaded guilty to conspiracy to possess with intent to distribute cocaine base and using and carrying a firearm during and in relation to a drug trafficking crime. On July 2, 2002, he was sentenced to a total of 138 months' imprisonment. In a 28 U.S.C. § 2255 motion filed on June 12, 2003 (Doc. No. 1), the Petitioner claims, *inter alia*, ineffectiveness of his counsel, the Federal Defender, for failing to file an appeal on his behalf. The Magistrate Judge determined, pursuant to *Rule 8, Rules Governing Section 2255 Proceedings for the United States District Court*, that an evidentiary hearing is required for resolution of this issue, and appointed counsel pursuant to Rule 8(c).

at **3:00 p.m. on April 19, 2007.**

4. Counsel shall file **witness lists and exhibit lists** for the evidentiary hearing **not later than April 13, 2007.**

5. The United States Attorney is **DIRECTED to secure the presence of the Petitioner** from the Federal Correctional Institution in Oakdale, Lousiana, to this Middle District of Alabama, **not later than March 27, 2007,** through completion of the scheduled evidentiary hearing on May 14, 2007.  The court directs the Petitioner's presence in advance of the scheduled evidentiary hearing in order to facilitate his necessary consultations with counsel.

6. The Clerk is instructed to serve this Order on Petitioner directly, counsel for Petitioner, and the United States Attorney.

Done this 6th day of March, 2007.

    /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE