IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| OMAR MARSHALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:03-cv-642-WKW |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On April 12, 2007, Petitioner Omar Marshall, through counsel, filed a Motion to Withdraw § 2255 Petition and to Retransfer Petitioner (Doc. # 36).  The petitioner requests that he be allowed to withdraw his motion for relief under 28 U.S.C. § 2255 and to terminate all further proceedings in this matter.  He further requests that he be transferred back to the Federal Correctional Institution in Oakdale, Louisiana.

Upon consideration of the instant motion, and for good cause, it is ORDERED that:

1. Petitioner's Motion to Withdraw his § 2255 Petition (Doc. # 36) is GRANTED;

2. This action is DISMISSED without prejudice; and

3. The United States Marshal for the Middle District of Alabama shall take the petitioner, Omar Marshall, into custody and remove him to the custody of the Warden of the Federal Correctional Institution in Oakdale, Louisiana, or such other facility of the Bureau of Prisons as may be designated by the Attorney General.

DONE this 17th day of April, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE